UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

  -against-

BRENDA LIVINGSTON,

                    Defendant.
------------------------------------------------------------------X

JUDGMENT
04-CV- 5544 (ERK)

      An Order of Honorable Edward R. Korman, United States District Judge, having been filed on July 20, 2005, dismissing the complaint without prejudice; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the complaint is dismissed without prejudice.

Dated: Brooklyn, New York
       July 20, 2005

                                                   s/Robert C. Heinemann
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court